Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiff Fang Rong**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FANG RONG<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;<br>MICHAEL CHERTOFF, Secretary Department of Homeland Security,<br><br>       Defendants | **Case No. CV 08 0912 JL**<br><br>**Plaintiff's Request For Dismissal** |

Plaintiff filed a Complaint for Mandamus February 12, 2008 Upon service of the suit papers, Plaintiff and Defendants resolved this matter to the satisfaction of all parties. Defendants adjudicated Plaintiff's application for adjustment of status on February 29, 2008. This action rendered Plaintiff's complaint moot.

Therefore, Plaintiff moves to dismiss the subject action.

*Rong v. USCIS (CV 08 0912 JL)*
Pl. Request For Dismissal

1  Dated:   March 3, 2008                    Respectfully submitted,

             _____/s/_____
             Kip Evan Steinberg
             Attorney for Plaintiff FANG RONG

## ORDER

IT IS HEREBY ORDERED that this case is dismissed.

Dated:  March 4, 2008

_____

HON. James Larson
UNITED STATES MAGISTRATE

*Rong v. USCIS (CV 08 0912 JL)*
Pl. Request For Dismissal                    2